**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LIRE ERSADO, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:16-cv-02455-EGS |
| | : | |
| ROCKPOINT GROUP, LLC, et al. | : | |
| | : | |
| Defendants. | : | |

**PRAECIPE SUBSTITUTING PARTIES AND DISMISSING EXISTING DEFENDANTS WITHOUT PREJUDICE**

TO THE CLERK:

The parties, jointly and by consent, through undersigned counsel, respectfully substitute the entity Marriott Hotel Services, Inc. as the proper Defendant in place of Marriott International, Inc. All claims against Marriott International, Inc. are dismissed without prejudice. The parties also stipulate that at the time of the injury described in Plaintiff's Complaint, the new Defendant, Marriott Hotel Services, Inc., was the entity in care, custody, and control of the facilities or equipment which allegedly caused Plaintiff's injury. Defendants deny liability and this Stipulation should not be construed as any type of admission against interest with respect to any issue in this case.

Respectfully submitted,

David M. Schloss, Esquire, #416523
Koonz, McKenney, Johnson, DePaolis
& Lightfoot, L.L.P.
2001 Pennsylvania Avenue, NW
Suite 450
Washington, D.C. 20006
*Attorneys for Plaintiff*

Walter E. Gillcrist, Jr., Esquire, #398328
Anne K. Howard, Esquire, #415690
Budow and Noble, P.C.
7315 Wisconsin Avenue, Suite 500 West
Bethesda, Maryland 20814
(301) 654-0896 telephone
(301) 907-9591 facsimile
*Attorneys for Marriott International, Inc.*